ORIGINAL

1  JOHN L. SLAFSKY, State Bar No. 195513
   HOLLIS BETH HIRE, State Bar No. 203651
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 493-6811
5  jslafsky@wsgr.com
   hhire@wsgr.com
6
   Attorneys for Plaintiff
7  LOOPT, INC.

FILED

2008 JUN -3 P 2: 59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LOOPT, INC., a Delaware corporation,

    Plaintiff,

v.

SPONSORHOUSE, INC., dba LOOP'D NETWORK, a California corporation,

    Defendant.

CASE NO.: C08 02767 BZ

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    Samuel Altman

    Nicholas Sivo

    Alok Deshpande

    Sequoia Capital LLC

    New Enterprise Associates, Inc.

COMPLAINT

| | |
|---|---|
| 1  Dated: June 3, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | |
| | By: _____<br>John L. Slafsky<br>Hollis Beth Hire |
| | Attorneys for Plaintiff<br>LOOPT, INC. |

CERTIFICATION OF INTERESTED PARTIES          -2-