UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Loopt, Inc.

    Plaintiff(s),

v.

Sponsorhouse, Inc., dba Loop'd Network

    Defendant(s).

No. C 08 02767 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6/16/08

Signature _____

Counsel for Loopt, Inc.
(Plaintiff, Defendant, or indicate "pro se")