1  JOHN L. SLAFSKY, State Bar No. 195513
   HOLLIS BETH HIRE, State Bar No. 203651
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 493-6811
5  jslafsky@wsgr.com
   hhire@wsgr.com
6
   Attorneys for Plaintiff
7  LOOPT, INC.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   LOOPT, INC., a Delaware corporation,     )   CASE NO.: C08-02767
12                                          )
              Plaintiff,                    )
13                                          )   CERTIFICATE OF SERVICE
         v.                                 )
14                                          )
                                            )
   SPONSORHOUSE, INC., dba LOOP'D           )
15 NETWORK, a California corporation,       )
                                            )
16            Defendant.                    )
                                            )
17

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE BY MAIL

I, Launa Hovland, declare:

I am employed in Santa Clara County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this date.

On this date, I served **(1) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; (2) PROOF OF SERVICE; and (3) ADR DISPUTE RESOLUTION PROCEDURES** on each person listed below, by placing the document described above in an envelope addressed as indicated below, which I sealed. I placed the envelope for collection and mailing with the United States Postal Service on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

> Scott Tilton
> SponsorHouse, Inc.
> 3560 Dunhill Street
> San Diego, CA 92121

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on June 17, 2008.

_Launa Hovland_
Launa Hovland

3278195