1  COOLEY GODWARD KRONISH LLP
   KENT M. WALKER (173700) (walkerkm@cooley.com)
2  4401 Eastgate Mall
   San Diego, CA 92121
3  Telephone:  (858) 550-6000
   Facsimile:  (858) 550-6420
4
   GRETCHEN R. STROUD (142305) (stroudgr@cooley.com)
5  3175 Hanover Street
   Palo Alto, CA 94304-1130
6  Telephone:  (650) 843-5000
   Facsimile:  (650) 849-7400
7
   Attorneys for Defendant
8  SPONSORHOUSE, INC.

9  WILSON SONSINI GOODRICH & ROSATI
   JOHN L. SLAFSKY (195513) (jslafsky@wsgr.com)
10 HOLLIS BETH HIRE (203651) (hhire@wsgr.com)
   650 Page Mill Road
11 Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
12 Facsimile:  (650) 493-6811

13 Attorneys for Plaintiff
   LOOPT, INC.
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Loopt, Inc., | Case No. C 08-02767 JSW |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| SponsorHouse, Inc., dba Loop'd Network, | |
| Defendant. | |

Plaintiff Loopt, Inc. ("Plaintiff") and Defendant SponsorHouse, Inc. dba Loop'd Network ("Defendant"), by and through counsel, hereby submit the following joint stipulation to extend the deadline for Defendant to respond to Plaintiff's Complaint, filed June 3, 2008, by one week.

The deadline by which Defendant must submit its response to Plaintiff's Complaint is hereby extended by one week, to July 3, 2008.

Dated: June 23, 2008

COOLEY GODWARD KRONISH LLP

_Kent Walker, by CH_
Kent M. Walker (173700)
Attorneys for Defendant
SponsorHouse, Inc.

Dated: June 23, 2008

WILSON SONSINI GOODRICH & ROSATI

_John Slafsky_
John L. Slafsky (195513)
Attorneys for Plaintiff
Loopt, Inc.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

LOOPT, INC. V. SPONSORHOUSE, INC.
CASE NO. C 08-02767 JSW

2.

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT