1  COOLEY GODWARD KRONISH LLP
   KENT M. WALKER (173700) (walkerkm@cooley.com)
2  4401 Eastgate Mall
   San Diego, CA  92121
3  Telephone:     (858) 550-6000
   Facsimile:      (858) 550-6420
4
   GRETCHEN R. STROUD (142305) (stroudgr@cooley.com)
5  3175 Hanover Street
   Palo Alto, CA 94304-1130
6  Telephone:     (650) 843-5000
   Facsimile:      (650) 849-7400
7
   Attorneys for Defendant
8  SPONSORHOUSE, INC.

9

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                    SAN FRANCISCO DIVISION

| Loopt, Inc.,                              | Case No.  C 08-02767 JSW |
|                                           |                          |
|                    Plaintiff,             | **NOTICE OF APPEARANCE** |
|                                           |                          |
|           v.                              |                          |
|                                           |                          |
| SponsorHouse, Inc., dba Loop'd Network,   |                          |
|                                           |                          |
|                    Defendant.             |                          |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

**LOOPT, INC. V. SPONSORHOUSE, INC.**
**CASE NO.  C 08-02767 JSW**                 1.                **NOTICE OF APPEARANCE**

1    PLEASE TAKE NOTICE that Gretchen R. Stroud of the law firm of Cooley Godward Kronish
2    LLP, 3175 Hanover Street, Palo Alto, California 94304-1130, (650) 843-5000, hereby enters her
3    appearance as counsel of record for Defendant Sponsorhouse, Inc., dba Loop'd Network.

Dated: June 24, 2008                COOLEY GODWARD KRONISH LLP

/s/ *Gretchen R. Stroud*
Gretchen R. Stroud
Attorneys for Defendant
SponsorHouse, Inc.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

LOOPT, INC. V. SPONSORHOUSE, INC.
CASE NO. C 08-02767 JSW

2.

NOTICE OF APPEARANCE