1 | COOLEY GODWARD KRONISH LLP
KENT M. WALKER (173700) (walkerkm@cooley.com)
2 | 4401 Eastgate Mall
San Diego, CA  92121
3 | Telephone:   (858) 550-6000
Facsimile:    (858) 550-6420
4 |
GRETCHEN R. STROUD (142305) (stroudgr@cooley.com)
5 | 3175 Hanover Street
Palo Alto, CA 94304-1130
6 | Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400
7 |
Attorneys for Defendant
8 | SPONSORHOUSE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Loopt, Inc., | Case No.  C 08-02767 JSW |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| SponsorHouse, Inc., dba Loop'd Network, | |
| Defendant. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

**LOOPT, INC. V. SPONSORHOUSE, INC.
CASE NO.  C 08-02767 JSW**     1.     **NOTICE OF APPEARANCE**

1  PLEASE TAKE NOTICE that Kent Walker of the law firm of Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, California 92121, (858) 550-6000, hereby enters his appearance as counsel of record for Defendant Sponsorhouse, Inc., dba Loop'd Network.

Dated: June 24, 2008                            COOLEY GODWARD KRONISH LLP


/s/ *Kent Walker*
Kent Walker
Attorneys for Defendant
SponsorHouse, Inc.