JOHN L. SLAFSKY, State Bar No. 195513
SUSAN E. BOWER, State Bar No. 173244
HOLLIS BETH HIRE, State Bar No. 203651
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
jslafsky@wsgr.com
sbower@wsgr.com
hhire@wsgr.com

Attorneys forPlaintiff
LOOPT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOPT, INC., a Delaware corporation, ) | CASE NO.: C 08-02767 JSW |
| Plaintiff, ) | NOTICE OF APPEARANCE |
| v. ) | |
| SPONSORHOUSE, INC., dba LOOP'D NETWORK, a California corporation, ) | |
| Defendant. ) | |

PLEASE TAKE NOTICE that Susan E. Bower of the law firm of Wilson, Sonsini, Goodrich & Rosati, P.C., 650 Page Mill Road, Palo Alto, California 94304, (650) 493-9300, hereby enters her appearance as counsel of record for Plaintiff Loopt, Inc.

Dated: July 1, 2008                   WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation


                                       By:   /s/
                                             Susan E. Bower

                                       Attorneys forPlaintiff
                                       LOOPT, INC.