COOLEY GODWARD KRONISH LLP
KENT M. WALKER (173700) (walkerkm@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

GRETCHEN R. STROUD (142305) (stroudgr@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
SponsorHouse, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Loopt, Inc.,<br><br>          Plaintiff,<br><br>     v.<br><br>SponsorHouse, Inc., dba Loop'd Network,<br><br>          Defendant. | Case No. C 08-02767 JSW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

LOOPT V. SPONSORHOUSE
CASE NO. 08-2767

1.

DEFENDANT SPONSORHOUSE'S CERTIFICATION
OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could substantially affected by the outcome of this proceeding:

- Scott Tilton
- R.J. Kraus
- James Caccavo
- Lynn Reedy
- Andrew Craig
- Tom Horgan

Dated: July 3, 2008

COOLEY GODWARD KRONISH LLP
KENT M. WALKER (173700)
GRETCHEN R. STROUD (142305)

/s/ *Kent M. Walker*
Kent M. Walker (173700)
Attorneys for Defendant
SponsorHouse, Inc.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

LOOPT V. SPONSORHOUSE
CASE NO. 08-2767

2.

DEFENDANT SPONSORHOUSE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS