1  JOHN L. SLAFSKY, State Bar No. 195513
   SUSAN E. BOWER, State Bar No. 173244
2  HOLLIS BETH HIRE, State Bar No. 203651
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile:  (650) 565-5100
   jslafsky@wsgr.com
6  sbower@wsgr.com
   hhire@wsgr.com
7
   Attorneys for Plaintiff
8  LOOPT, INC.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 LOOPT, INC., a Delaware corporation,    )   CASE NO.:  C 08-02767 JSW
                                           )
13 Plaintiff,                              )   CERTIFICATE OF SERVICE
                                           )
14     v.                                  )
                                           )
15 SPONSORHOUSE, INC., dba LOOP'D          )
   NETWORK, a California corporation,      )
16                                         )
   Defendant.                              )
17                                         )
                                           )
18 _____ )

# CERTIFICATE OF SERVICE BY MAIL

I, Mai-Khanh Pham, declare:

I am employed in Santa Clara County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this date.

On this date, I served **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** on each person listed below, by placing the document described above in an envelope addressed as indicated below, which I sealed. I placed the envelope for collection and mailing with the United States Postal Service on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

> Gretchen R. Stroud
> Christine Ko Hsieh
> Cooley Godward Kronish LLP
> 3175 Hanover Street
> Palo Alto, CA  94304-1103
>
> Kent M. Walker
> Cooley Godward Kronish LLP
> 4401 Eastgate Mall
> San Diego, CA  92121

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on July 8, 2008.

_____
Mai-Khanh Pham

CERTIFICATE OF SERVICE
CASE NO. C 08-02767 JSW