1  COOLEY GODWARD KRONISH, LLP
   THOMAS J. FRIEL, JR. (80065)
2  tfriel@cooley.com
   JEFFREY S. KARR (186372)
3  jkarr@cooley.com
   3000 El Camino Real
4  Five Palo Alto Square
   Palo Alto, CA 94306
5  Telephone:    (650) 843-5000
   Facsimile:    (650) 857-0663
6
   COOLEY GODWARD KRONISH, LLP
7  WAYNE O. STACY (pro hac vice)
   wstacy@cooley.com
8  ORION ARMON (pro hac vice)
   oarmon@cooley.com
9  380 Interlocken Crescent, Suite 900
   Broomfield, CO  80021-8023
10 Telephone:    (720) 566-4000
   Facsimile:    (720) 566-4099
11
   Attorneys for Plaintiff
12 BOOKHAM, INC., a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOOKHAM, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>JDS UNIPHASE CORPORATION,<br>a Delaware Corporation;<br>AGILITY COMMUNICATIONS, INC.,<br>a Delaware Corporation; and DOES 1-10,<br><br>            Defendants. | Case No.  5:08-CV-01275-RMW<br><br>**NOTICE OF APPEARANCE FOR CHRISTINE K. HSIEH** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
BROOMFIELD

1.                                         NOTICE OF APPEARANCE FOR
                                           CHRISTINE K. HSIEH

1  PLEASE TAKE NOTICE that Christine K. Hsieh of the law firm of Cooley Godward Kronish
2  LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, CA 94306, (650) 843-5000, hereby
3  enters her appearance as counsel of record for Plaintiff Bookham, Inc.

Dated: July 22, 2008                    COOLEY GODWARD KRONISH LLP

/s/ *Christine K. Hsieh*
Christine Hsieh
Attorneys for Plaintiff
BOOKHAM, INC., a Delaware Corporation