1  COOLEY GODWARD KRONISH LLP
   KENT M. WALKER (173700) (walkerkm@cooley.com)
2  4401 Eastgate Mall
   San Diego, CA  92121
3  Telephone:    (858) 550-6000
   Facsimile:    (858) 550-6420
4
   GRETCHEN R. STROUD (142305) (stroudgr@cooley.com)
5  3175 Hanover Street
   Palo Alto, CA 94304-1130
6  Telephone:    (650) 843-5000
   Facsimile:    (650) 849-7400
7
   Attorneys for Defendant
8  SPONSORHOUSE, INC.

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13  Loopt, Inc.,                          Case No.  C 08-02767 JSW

14          Plaintiff,                    **ALTERNATIVE DISPUTE RESOLUTION
                                          CERTIFICATION BY DEFENDANT
15      v.                                SPONSORHOUSE, INC. AND COUNSEL**

16  SponsorHouse, Inc., dba Loop'd Network,

17          Defendant.

18

---

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

LOOPT, INC. v. SPONSORHOUSE, INC.
CASE NO. C 08-02767 JSW                    1.                    ADR CERTIFICATION

1 | Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

1. Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov;

2. Discussed the available dispute resolution options provided by the Court and private entities; and

3. Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 28, 2008

DEFENDANT SPONSORHOUSE, INC.

*/s/ Scott Tilton*
Scott Tilton
SponsorHouse, Inc.

Dated: August 26, 2008

COOLEY GODWARD KRONISH LLP

*/s/ Gretchen R. Stroud*
~~Kent M. Walker (173700)~~ Gretchen R. Stroud (142305)
Attorneys for Defendant
SponsorHouse, Inc.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

LOOPT, INC. v. SPONSORHOUSE, INC.
CASE NO. C 08-02767 JSW

2.

ADR CERTIFICATION