UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Loopt, Inc.

CASE NO. C 08-02767 JSW

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

SponsorHouse, Inc., dba Loop'd Network

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference September 19, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| John Slafsky | Plaintiff, Loopt, Inc. | (650) 493-9300 | jslafsky@wsgr.com |
| Susan Bower | Plaintiff, Loopt, Inc. | (650) 493-9300 | sbower@wsgr.com |
| Gretchen Stroud | Defendant, Loop'd | (650) 843-5000 | stroudgr@cooley.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/29/08

*Susan Bower*
Attorney for Plaintiff

Dated: 8/29/08

*Gretchen R. Stroud*
Attorney for Defendant

Rev 12.05