```
 1 | JOHN L. SLAFSKY, State Bar No. 195513
   | SUSAN E. BOWER, State Bar No. 173244
 2 | HOLLIS BETH HIRE, State Bar No. 203651
   | WILSON SONSINI GOODRICH & ROSATI
 3 | Professional Corporation
   | 650 Page Mill Road
 4 | Palo Alto, CA 94304-1050
   | Telephone: (650) 493-9300
 5 | Facsimile:  (650) 565-5100
   | jslafsky@wsgr.com
 6 | sbower@wsgr.com
   | hhire@wsgr.com
 7 |
   | Attorneys for Plaintiff/Counterclaim Defendant
 8 | LOOPT, INC.
   |
 9 | KENT M. WALKER, State Bar No. 173700
   | COOLEY GODWARD KRONISH LLP
10 | 4401 Eastgate Mall
   | San Diego, CA 92121-1909
11 | Telephone: (858) 550-6000
   | Facsimile:  (858) 550-6420
12 | walkerkm@cooley.com
   |
13 | Attorneys for Defendant/Counterclaim Plaintiff
   | SPONSORHOUSE, INC. dba LOOP'D
14 | NETWORK
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOPT, INC., a Delaware corporation, | CASE NO.: C 08-02767 JSW |
| Plaintiff and Counterclaim Defendant, | **JOINT STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| SPONSORHOUSE, INC. dba LOOP'D NETWORK, a California corporation, | |
| Defendant and Counterclaim Plaintiff. | |

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, and pursuant to the executed Settlement Agreement and Release and Fed. R. Civ. P. 41, that the above-captioned action and the claims and defenses asserted therein be dismissed with prejudice. Each party to bear its own costs and fees.

| | | |
|---|---|---|
| 1 | Dated: December 2, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | By: /s/ John L. Slafsky |
| 4 | | John L. Slafsky |
| 5 | | Attorneys for Plaintiff/Counterclaim Defendant<br>LOOPT, INC. |
| 6 | | |
| 7 | Dated: December 2, 2008 | COOLEY GODWARD KRONISH LLP |
| 8 | | |
| 9 | | By: /s/ Kent M. Walker |
| | | Kent M. Walker |
| 10 | | Attorneys for Defendant/Counterclaim Plaintiff |
| 11 | | SPONSORHOUSE, INC. dba LOOP'D NETWORK |

IT IS SO ORDERED.

Dated: December 3, 2008

/s/ Jeffrey S. White
Honorable Jeffrey S. White
United States District Court Judge